**Order entered September 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01142-CV

## ERIC C. HALL, Appellant

## V.

## TEXAS WORKFORCE COMMISSION, ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-14789**

## ORDER

We **GRANT** appellant's August 27, 2015 motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **SEPTEMBER 21, 2015**.

/s/     ELIZABETH LANG-MIERS
         JUSTICE